UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BYRD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONIVIRIN SON, et al.,<br><br>　　　　　　Defendants. | No. 2:22-cv-02000-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 5) |

Plaintiff James Byrd, is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 23, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with a court order and failure to prosecute. (Doc. No. 5.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 1–2.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1    Accordingly,

2    1.   The findings and recommendations issued on May 23, 2023 (Doc. No. 5) are
3         adopted in full;
4    2.   This action is dismissed, without prejudice, due to plaintiff's failure to comply
5         with a court order and failure to prosecute; and
6    3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 9, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE